**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

UNITED STATES OF AMERICA,

    v.

NATHAN SPARKS,

      Defendant.

CASE NO.: 4:23-cr-50

**O R D E R**

After a careful de novo review of the entire record, the Court concurs with the Magistrate Judge's July 24, 2024, Report and Recommendation, (doc. 44), to which no party has filed objections. Accordingly, the Court **ADOPTS** the Report and Recommendation, (doc. 44), as the opinion of the Court. Therefore, the Court finds that defendant is **COMPETENT** to stand trial pursuant to 18 U.S.C. § 4241.

**SO ORDERED**, this 12th day of August, 2024.

R. STAN BAKER, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA